LVS 000745 000035 0000230142 1

# Earnings Statement

POWELL ELECTRONICS INC
200 COMMODORE DR
LOGAN TOWNSHIP NJ 08085

Period Beginning: 05/17/2026
Period Ending: 05/30/2026
Pay Date: 06/04/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: 0

**STEVE B JACKSON**
**158 E. HERMAN STREET**
**PHILADELPHIA PA 19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 72.00 | 2,115.38 | 21,538.48 |
| Holiday | | 8.00 | | |
| Commission | | | | 1,307.98 |
| Gross Pay | | | $2,115.38 | 22,846.46 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -190 .30 | 2,170.91 |
| | Social Security Tax | -125 .07 | 1,349.49 |
| | Medicare Tax | -29 .25 | 315.61 |
| | PA State Income Tax | -61 .93 | 668.20 |
| | Philadelphia Income Tax | -79 .12 | 854.43 |
| | NJ SUI Tax | -8 .99 | 97.10 |
| | NJ SDI Tax | -4 .02 | 43.41 |
| | NJ Paid Family Leave Ins | -4 .87 | 52.55 |
| Other | | | |
| | Aflac 125 | -18 .23* | 200.53 |
| | Den125 | -3 .92* | 43.12 |
| | Life Ins | -68 .82 | 757.02 |
| | Med 125 | -73 .15* | 804.65 |
| | Vision 125 | -2 .93* | 32.23 |
| | 401K | -63 .46* | 685.37 |
| | 401K Loan | -491 .09 | 4,272.09 |
| | Net Pay | $890.23 | |
| | Savings | -890 .23 | |
| | Net Check | $0.00 | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,953.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 63.46 | 685.37 |
| Kwages | 2,115.38 | 22,846.46 |

**Important Notes**

COMPANY PHONE IS : (856) 241-8039

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

POWELL ELECTRONICS INC
200 COMMODORE DR
LOGAN TOWNSHIP NJ 08085

**Advice number:** **00000230142**
Pay date: 06/04/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| STEVE B JACKSON | xxxxxx5581 | xxxx xxxx | $890.23 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| LVS | 000745 | 000035 | | 0000250210 | 1 |

# Earnings Statement

*POWELL ELECTRONICS INC*
*200 COMMODORE DR*
*LOGAN TOWNSHIP NJ 08085*

Period Beginning: 05/31/2026
Period Ending: 06/13/2026
Pay Date: 06/18/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: 0

**STEVE B JACKSON**
**158 E. HERMAN STREET**
**PHILADELPHIA PA 19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 80.00 | 2,115.38 | 23,653.86 |
| Commission | | | | 1,307.98 |
| **Gross Pay** | | | **$2,115.38** | 24,961.84 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -190.30 | 2,361.21 |
| | Social Security Tax | -125.06 | 1,474.55 |
| | Medicare Tax | -29.24 | 344.85 |
| | PA State Income Tax | -61.93 | 730.13 |
| | Philadelphia Income Tax | -79.12 | 933.55 |
| | NJ SUI Tax | -8.99 | 106.09 |
| | NJ SDI Tax | -4.02 | 47.43 |
| | NJ Paid Family Leave Ins | -4.86 | 57.41 |
| | **Other** | | |
| | Aflac 125 | -18.23* | 218.76 |
| | Den125 | -3.92* | 47.04 |
| | Life Ins | -68.82 | 825.84 |
| | Med 125 | -73.15* | 877.80 |
| | Vision 125 | -2.93* | 35.16 |
| | 401K | -63.46* | 748.83 |
| | 401K Loan | -491.09 | 4,763.18 |
| | **Net Pay** | **$890.26** | |
| | Savings | -890.26 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,953.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 63.46 | 748.83 |
| Kwages | 2,115.38 | 24,961.84 |

**Important Notes**

COMPANY PHONE IS : (856) 241-8039

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

POWELL ELECTRONICS INC
200 COMMODORE DR
LOGAN TOWNSHIP NJ 08085

**Advice number:** **00000250210**
Pay date: 06/18/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **STEVE B JACKSON** | xxxxxx5581 | xxxx xxxx | $890.26 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

LVS 000745 000035 0000270148 1

# Earnings Statement

*POWELL ELECTRONICS INC*
*200 COMMODORE DR*
*LOGAN TOWNSHIP NJ 08085*

Period Beginning: 06/14/2026
Period Ending: 06/27/2026
Pay Date: 07/02/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: 0

**STEVE B JACKSON**
**158 E. HERMAN STREET**
**PHILADELPHIA PA 19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 80.00 | 2,115.38 | 25,769.24 |
| Commission | | | | 1,307.98 |
| **Gross Pay** | | | **$2,115.38** | 27,077.22 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -190 .30 | 2,551.51 |
| | Social Security Tax | -125 .06 | 1,599.61 |
| | Medicare Tax | -29 .25 | 374.10 |
| | PA State Income Tax | -61 .93 | 792.06 |
| | Philadelphia Income Tax | -79 .01 | 1,012.56 |
| | NJ SUI Tax | -8 .99 | 115.08 |
| | NJ SDI Tax | -4 .02 | 51.45 |
| | NJ Paid Family Leave Ins | -4 .87 | 62.28 |
| | **Other** | | |
| | Aflac 125 | -18 .23* | 236.99 |
| | Den125 | -3 .92* | 50.96 |
| | Life Ins | -68 .82 | 894.66 |
| | Med 125 | -73 .15* | 950.95 |
| | Vision 125 | -2 .93* | 38.09 |
| | 401K | -63 .46* | 812.29 |
| | 401K Loan | -491 .09 | 5,254.27 |
| | **Net Pay** | **$890.35** | |
| | Savings | -890 .35 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,953.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 63.46 | 812.29 |
| Kwages | 2,115.38 | 27,077.22 |

**Important Notes**

COMPANY PHONE IS : (856) 241-8039

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

POWELL ELECTRONICS INC
200 COMMODORE DR
LOGAN TOWNSHIP NJ 08085

**Advice number:** **00000270148**
Pay date: 07/02/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **STEVE B JACKSON** | xxxxxx5581 | xxxx xxxx | $890.35 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| LVS | 000745 | 000035 | | 0000290274 | 2 |

# Earnings Statement

*POWELL ELECTRONICS INC*
*200 COMMODORE DR*
*LOGAN TOWNSHIP NJ 08085*

Period Beginning: 06/28/2026
Period Ending: 07/11/2026
Pay Date: 07/16/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: 0

**STEVE B JACKSON**
**158 E. HERMAN STREET**
**PHILADELPHIA PA 19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 776.49 | 2,084.47 |
| Regular | | | | 27,884.62 |
| **Gross Pay** | | | **$776.49** | 29,969.09 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -165.70 | 2,907.51 |
| | Social Security Tax | -48.14 | 1,772.82 |
| | Medicare Tax | -11.26 | 414.61 |
| | PA State Income Tax | -23.84 | 877.83 |
| | Philadelphia Income Tax | -29.00 | 1,120.57 |
| | NJ SUI Tax | -3.30 | 127.37 |
| | NJ SDI Tax | -1.47 | 56.94 |
| | NJ Paid Family Leave Ins | -1.79 | 68.93 |
| **Other** | | | |
| | 401K | -23.29* | 899.04 |
| | Aflac 125 | | 255.22 |
| | Den125 | | 54.88 |
| | Life Ins | | 963.48 |
| | Med 125 | | 1,024.10 |
| | Vision 125 | | 41.02 |
| | 401K Loan | | 5,745.36 |
| | **Net Pay** | **$468.70** | |
| | Savings | -468.70 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $753.20

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 23.29 | 899.04 |
| Kwages | 776.49 | 29,969.09 |

## Important Notes

COMPANY PHONE IS : (856) 241-8039

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

POWELL ELECTRONICS INC
200 COMMODORE DR
LOGAN TOWNSHIP NJ 08085

**Advice number:** **00000290274**
Pay date: 07/16/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **STEVE B JACKSON** | xxxxxx5581 | xxxx xxxx | $468.70 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

LVS 000745 000035 0000310147 1

# Earnings Statement

ADP

*POWELL ELECTRONICS INC*
*200 COMMODORE DR*
*LOGAN TOWNSHIP NJ 08085*

Period Beginning: 07/12/2026
Period Ending: 07/25/2026
Pay Date: 07/30/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: 0

**STEVE B JACKSON**
**158 E. HERMAN STREET**
**PHILADELPHIA PA 19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 80.00 | 2,115.38 | 30,000.00 |
| Commission | | | | 2,084.47 |
| **Gross Pay** | | | **$2,115.38** | 32,084.47 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -190.30 | 3,097.81 |
| | Social Security Tax | -125.06 | 1,897.88 |
| | Medicare Tax | -29.25 | 443.86 |
| | PA State Income Tax | -61.93 | 939.76 |
| | Philadelphia Income Tax | -79.01 | 1,199.58 |
| | NJ SUI Tax | -8.99 | 136.36 |
| | NJ SDI Tax | -4.02 | 60.96 |
| | NJ Paid Family Leave Ins | -4.86 | 73.79 |
| | **Other** | | |
| | Aflac 125 | -18.23* | 273.45 |
| | Den125 | -3.92* | 58.80 |
| | Life Ins | -68.82 | 1,032.30 |
| | Med 125 | -73.15* | 1,097.25 |
| | Vision 125 | -2.93* | 43.95 |
| | 401K | -63.46* | 962.50 |
| | 401K Loan | -491.09 | 6,236.45 |
| | **Net Pay** | **$890.36** | |
| | Savings | -890.36 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,953.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 63.46 | 962.50 |
| Kwages | 2,115.38 | 32,084.47 |

**Important Notes**

COMPANY PHONE IS : (856) 241-8039

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

POWELL ELECTRONICS INC
200 COMMODORE DR
LOGAN TOWNSHIP NJ 08085

**Advice number:** **00000310147**
Pay date: 07/30/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **STEVE B JACKSON** | xxxxxx5581 | xxxx xxxx | $890.36 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

LVS 000745 000035 0000330215 1

# Earnings Statement

*POWELL ELECTRONICS INC*
*200 COMMODORE DR*
*LOGAN TOWNSHIP NJ 08085*

Period Beginning: 07/26/2026
Period Ending: 08/08/2026
Pay Date: 08/13/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: 0

**STEVE B JACKSON**
**158 E. HERMAN STREET**
**PHILADELPHIA PA 19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 80.00 | 2,115.38 | 32,115.38 |
| Commission | | | | 2,084.47 |
| **Gross Pay** | | | **$2,115.38** | 34,199.85 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -190 .30 | 3,288.11 |
| | Social Security Tax | -125 .07 | 2,022.95 |
| | Medicare Tax | -29 .25 | 473.11 |
| | PA State Income Tax | -61 .93 | 1,001.69 |
| | Philadelphia Income Tax | -79 .01 | 1,278.59 |
| | NJ SUI Tax | -8 .99 | 145.35 |
| | NJ SDI Tax | -4 .02 | 64.98 |
| | NJ Paid Family Leave Ins | -4 .87 | 78.66 |
| | **Other** | | |
| | Aflac 125 | -18 .23* | 291.68 |
| | Den125 | -3 .92* | 62.72 |
| | Life Ins | -68 .82 | 1,101.12 |
| | Med 125 | -73 .15* | 1,170.40 |
| | Vision 125 | -2 .93* | 46.88 |
| | 401K | -63 .46* | 1,025.96 |
| | 401K Loan | -491 .09 | 6,727.54 |
| | **Net Pay** | **$890.34** | |
| | Savings | -890 .34 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,953.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 63.46 | 1,025.96 |
| Kwages | 2,115.38 | 34,199.85 |

**Important Notes**

COMPANY PHONE IS : (856) 241-8039

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

POWELL ELECTRONICS INC
200 COMMODORE DR
LOGAN TOWNSHIP NJ 08085

**Advice number:** **00000330215**
Pay date: 08/13/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **STEVE B JACKSON** | xxxxxx5581 | xxxx xxxx | $890.34 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| LVS | 000745 | 000035 | | 0000350145 | 1 |

# Earnings Statement

*POWELL ELECTRONICS INC*
*200 COMMODORE DR*
*LOGAN TOWNSHIP NJ 08085*

Period Beginning: 08/09/2026
Period Ending: 08/22/2026
Pay Date: 08/27/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: 0

**STEVE B JACKSON**
**158 E. HERMAN STREET**
**PHILADELPHIA PA 19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 80.00 | 2,115.38 | 34,230.76 |
| Commission | | | | 2,084.47 |
| **Gross Pay** | | | **$2,115.38** | 36,315.23 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -190.30 | 3,478.41 |
| | Social Security Tax | -125.06 | 2,148.01 |
| | Medicare Tax | -29.25 | 502.36 |
| | PA State Income Tax | -61.93 | 1,063.62 |
| | Philadelphia Income Tax | -79.01 | 1,357.60 |
| | NJ SUI Tax | -8.99 | 154.34 |
| | NJ SDI Tax | -4.02 | 69.00 |
| | NJ Paid Family Leave Ins | -4.87 | 83.53 |
| | **Other** | | |
| | Aflac 125 | -18.23* | 309.91 |
| | Den125 | -3.92* | 66.64 |
| | Life Ins | -68.82 | 1,169.94 |
| | Med 125 | -73.15* | 1,243.55 |
| | Vision 125 | -2.93* | 49.81 |
| | 401K | -63.46* | 1,089.42 |
| | 401K Loan | -491.09 | 7,218.63 |
| | **Net Pay** | **$890.35** | |
| | Savings | -890.35 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,953.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 63.46 | 1,089.42 |
| Kwages | 2,115.38 | 36,315.23 |

**Important Notes**

COMPANY PHONE IS : (856) 241-8039

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

POWELL ELECTRONICS INC
200 COMMODORE DR
LOGAN TOWNSHIP NJ 08085

**Advice number:** **00000350145**
Pay date: 08/27/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **STEVE B JACKSON** | xxxxxx5581 | xxxx xxxx | $890.35 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

LVS 000745 000035 0000370235 1

# Earnings Statement

ADP

POWELL ELECTRONICS INC
200 COMMODORE DR
LOGAN TOWNSHIP NJ 08085

Period Beginning: 08/23/2026
Period Ending: 09/05/2026
Pay Date: 09/10/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: 0

**STEVE B JACKSON**
**158 E. HERMAN STREET**
**PHILADELPHIA PA 19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 72.00 | 2,115.38 | 36,346.14 |
| Vacation | | 8.00 | | |
| Commission | | | | 2,084.47 |
| Gross Pay | | | $2,115.38 | 38,430.61 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Federal Income Tax | -190 .30 | 3,668.71 |
| | Social Security Tax | -125 .06 | 2,273.07 |
| | Medicare Tax | -29 .25 | 531.61 |
| | PA State Income Tax | -61 .93 | 1,125.55 |
| | Philadelphia Income Tax | -79 .01 | 1,436.61 |
| | NJ SUI Tax | -8 .99 | 163.33 |
| | NJ SDI Tax | -4 .02 | 73.02 |
| | NJ Paid Family Leave Ins | -4 .86 | 88.39 |
| | **Other** | | |
| | Aflac 125 | -18 .23* | 328.14 |
| | Den125 | -3 .92* | 70.56 |
| | Life Ins | -68 .82 | 1,238.76 |
| | Med 125 | -73 .15* | 1,316.70 |
| | Vision 125 | -2 .93* | 52.74 |
| | 401K | -63 .46* | 1,152.88 |
| | 401K Loan | -491 .09 | 7,709.72 |
| | Net Pay | $890.36 | |
| | Savings | -890 .36 | |
| | Net Check | $0.00 | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,953.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 63.46 | 1,152.88 |
| Kwages | 2,115.38 | 38,430.61 |

**Important Notes**

COMPANY PHONE IS : (856) 241-8039

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

POWELL ELECTRONICS INC
200 COMMODORE DR
LOGAN TOWNSHIP NJ 08085

**Advice number:** **00000370235**
Pay date: 09/10/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **STEVE B JACKSON** | xxxxxx5581 | xxxx xxxx | $890.36 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

LVS 000745 000035 0000410210 2

# Earnings Statement

ADP

*POWELL ELECTRONICS INC*
*200 COMMODORE DR*
*LOGAN TOWNSHIP NJ 08085*

Period Beginning: 09/20/2026
Period Ending: 10/03/2026
Pay Date: 10/08/2026

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: 0

**STEVE B JACKSON**
**158 E. HERMAN STREET**
**PHILADELPHIA PA 19144**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2115.38 | 72.00 | 2,115.38 | 40,576.90 |
| Personal | | 8.00 | | |
| Bonus | | | | 3,083.11 |
| Commission | | | | 2,084.47 |
| **Gross Pay** | | | **$2,115.38** | 45,744.48 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -182 .20 | 4,452.61 |
| | Social Security Tax | -120 .88 | 2,710.17 |
| | Medicare Tax | -28 .27 | 633.83 |
| | PA State Income Tax | -59 .86 | 1,341.99 |
| | Philadelphia Income Tax | -79 .01 | 1,709.78 |
| | NJ SUI Tax | -4 .98 | 190.40 |
| | NJ SDI Tax | -4 .01 | 86.91 |
| | NJ Paid Family Leave Ins | -4 .86 | 105.21 |
| Other | | | |
| | Aflac 125 | -18 .23* | 364.60 |
| | Den125 | -3 .92* | 78.40 |
| | Life Ins | -68 .82 | 1,376.40 |
| | Med 125 | -140 .61* | 1,530.46 |
| | Vision 125 | -2 .93* | 58.60 |
| | 401K | -63 .46* | 1,279.80 |
| | 401K Loan | -491 .09 | 8,691.90 |
| | **Net Pay** | **$842.25** | |
| | Savings | -842 .25 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,886.23

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 63.46 | 1,279.80 |
| Kwages | 2,115.38 | 42,661.37 |

**Important Notes**

COMPANY PHONE IS : (856) 241-8039

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

POWELL ELECTRONICS INC
200 COMMODORE DR
LOGAN TOWNSHIP NJ 08085

**Advice number:** **00000410210**
Pay date: 10/08/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **STEVE B JACKSON** | xxxxxx5581 | xxxx xxxx | $842.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**